FOURTH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE * STATE OF LOUISIANA

| | |
|---|---|
| CONNIE BRYANT | SUIT NO.: 20202480 |
| VERSUS | |
| EXPRESS SCRIPTS, INC. | DIVISION: 4 |

## PETITION FOR DAMAGES

NOW COMES, through undersigned counsel, CONNIE BRYANT (hereinafter sometimes referred to as "Plaintiff"), complaining of EXPRESS SCRIPTS, INC. (hereinafter sometimes referred to as "Defendants"), and for cause of action, Plaintiff respectfully shows and represents:

I.

Your Plaintiff, CONNIE BRYANT, is a person of the full age of majority and a resident of the Parish of Ouachita, State of Louisiana.

II.

Your Defendant is EXPRESS SCRIPTS, INC. ("Express Scripts"), a Missouri corporation, authorized to do and doing business in the State of Louisiana, showing its registered office in Louisiana as 501 Louisiana Avenue in Baton Rouge, Louisiana.

III.

Defendant is liable to Connie Bryant for a pulmonary embolism she suffered on November 11, 2019, as a result of Defendant not authorizing/approving a prescription of Xarelto, as is more fully described below:

IV.

On September 18, 2019, Connie Bryant underwent a left knee replacement as performed by Dr. Steven Atchison with Orthopedic Specialists of Louisiana. Following the surgery, Trey Harold, a Physician's Assistant with Dr. Atchison, provided a prescription of Xarelto to Ms. Bryant's family. Connie had a history of blood clots or DVT (Deep Vein Thrombosis) and needed the prescription of Xarelto (an anticoagulant) following her surgery to prevent clotting or a DVT.

V.

On August 20, 2019, her husband, Ronnie Bryant, took the prescription of Xarelto to Walgreens Pharmacy on DeSiard Lane in Monroe, Louisiana, to have it filled. However, when the pharmacist requested approval from Defendant, Express Scripts refused to authorize the Xarelto and instead required a prior authorization from Ms. Bryant's physician, Dr. Atchison. The pharmacist explained to Ronnie that they had called and sent a fax to Dr. Atchison's office requesting a prior authorization for the Xarelto but had not received a response. Ronnie then called Dr. Atchison's clinic, and

**Exhibit A**

the answering service advised him to have Connie take four aspirins per day for two weeks or until they could complete the prior authorization.

VI.

On September 24, 2019, Lindsey Carter, FNP, with Orthopaedic Specialists of Louisiana called Connie Bryant to ask her if she ever received the prescription for Xarelto. Ms. Bryant responded that the prescription for Xarelto had not been approved for lack of a prior authorization. Ms. Bryant further added that she had started taking the four aspirin as instructed. Nurse Carter replied that Trey Harold told her to take four aspirin for two weeks. At this point, Ms. Bryant believed that four aspirin were an adequate alternative to Xarelto and would prevent her from getting blood clots.

VII.

On November 11, 2019, Connie Bryant began suffering from acute respiratory distress and chest pain. She went to St. Francis Medical Center where a venous Doppler showed a popliteal thrombus in her left leg. A CTA revealed a pulmonary emboli in the lower lobe of her right lung. Lovenox therapy was instituted and soon her respiratory distress improved.

VIII.

Ms. Bryant was discharged with another prescription of Xarelto, but again, Express Scripts refused to approve the prescription. Finally, through the help of her P.A., Amy Pruden, Connie Bryant was able to get Xarelto approved by Express Scripts on December 9, 2019. She received her first dosage on December 19, 2019 - three months after the initial prescription.

IX.

In the records for Orthopedic Specialist of Louisiana, Trey Harold noted that a prior authorization for Xarelto was provided to Express Scripts on September 23, 2019; however, Express Scripts again rejected approval of the Xarelto claiming instead that aspirin was the "alternative therapy chosen". Apparently, Express Scripts determined that aspirin was an "alternative therapy" to Xarelto and superseded any prior authorization.

X.

Prior authorizations are how health insurers ration health care to control costs. For Connie Bryant, Xarelto was an absolute medical necessity. Furthermore, aspirin is not an alternative to Xarelto. Xarelto is an anticoagulant and a much more aggressive drug than aspirin. Aspirin is an antiplatelet drug.

XI.

Connie Bryant's injuries and resulting damages were caused by the negligence and/or fault of Defendant, Express Scripts, and their employees, staff and agents, in the following respects:

A. Failing to promptly approve/authorize Xarelto to treat the potential risk of blood clots/DVTs;
B. Ignoring prior authorizations submitted by Dr. Steven Atchison and/or Trey Harold to approve Xarelto; and
C. Erroneously making a medical decision that aspirin was an adequate substitute for Xarelto.

XII.

Because Express Scripts negligently failed to approve the Xarelto prescription, Connie Bryant suffered a thrombus to her left leg and pulmonary emboli in her lungs. Following her release from St. Francis Medical Center, Ms. Bryant required follow up treatment including additional Xarelto therapy and follow up with a pulmonologist and a hematologist. By reason of her injuries for not having the Xarelto prescription, Connie Bryant sustained the following damages:

A. Medical expenses, both past and future;
B. Physical pain and suffering, both past and future;
C. Emotional suffering and mental anguish, both past and future; and
D. Loss of enjoyment of life.

XIII.

The demands of Connie Bryant exceed the jurisdictional amount required for a jury trial under LSA – C.C.P. art. 1732(1).

WHEREFORE, Plaintiff prays that Defendant be served and cited according to law, and that after all legal delays have elapsed and due proceedings had, there be judgment rendered in favor of Plaintiff, CONNIE BRYANT, and against Defendant, EXPRESS SCRIPTS, INC., in amounts that are just and equitable under the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings.

WHEREFORE, Plaintiff further prays for all general and equitable relief.

Respectfully Submitted,
HALLACK LAW OFFICE

BY: _____
ROBERT W. HALLACK, Bar Roll No. 19609
13007 Justice Avenue
Post Office Box 77258
Baton Rouge, Louisiana 70816
Telephone: (225) 291-4357

ATTORNEY FOR CONNIE BRYANT

3

Ouachita Parish
Filed Sep 18, 2020 10:08 AM
Rene Tanner
Deputy Clerk of Court
E-File Received Sep 18, 2020 10:03 AM

C-20202480
C4

**PLEASE SERVE:**

EXPRESS SCRIPTS, INC.
*Through its agent for service of process,*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70808

4

**CERTIFIED TRUE COPY**

SEP 18 2020
BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA