UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CONNIE BRYANT** | **CASE NO. 3:20-CV-01343** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **EXPRESS SCRIPTS INC** | **MAGISTRATE JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant's motion to dismiss [doc. # 6] is GRANTED IN PART and DENIED IN PART. Insofar as all of Plaintiff's state law claims are pre-empted by ERISA, the motion is GRANTED. Insofar as Defendant seeks dismissal of Plaintiff's claims under ERISA on other grounds including unavailable remedy, failure to exhaust administrative remedies, and improper party defendant, the motion is DENIED as premature because Plaintiff has not yet brought a claim under ERISA.

IT IS FURTHER ORDERED that Plaintiff's state-law claims against Defendant be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that, given Plaintiff has failed to amend her complaint to state her claims against Defendant under ERISA within fourteen (17) days of the report and recommendation, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE in their entirety.

Monroe, Louisiana, this 30th day of March, 2021.

_____
Terry A. Doughty
United States District Judge